**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

WENDY C. THOMPSON,

                    Plaintiff,

          v.

KENSINGTON PUBLISHING CORP.,

                    Defendant.

---

Civ. A. No. 1:14-cv-2949 (CM) (HBP)

**JOINT STIPULATION OF**
**DISMISSAL**

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 11/6/14

        IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant

that all claims asserted in this action are dismissed with prejudice pursuant to Fed. R. Civ. P.

41(a)(1)(A)(ii), and that the parties shall bear their respective costs and attorneys' fees.

Dated: November 5, 2014
          New York, New York

GARVEY SCHUBERT BARER

By:_____
          Maurice W. Heller
100 Wall Street 20th Floor
New York, NY 10005
mheller@gsblaw.com

*Attorneys for Plaintiff*

FROSS ZELNICK LEHRMAN
   & ZISSU, P.C.

By:_____
          James D. Weinberger
866 United Nations Plaza, 6th Floor
New York, New York 10017
jweinberger@fzlz.com

*Attorneys for Defendant*

So Ordered:

_____
                              , U.S.D.J.

{F1537071.1}   11/6/2014